

## NUMBER 13-24-00506-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

---

### IN THE ESTATE OF
### JOSE F. HERNANDEZ, DECEASED

---

### ON APPEAL FROM THE COUNTY COURT AT LAW NO. 2
### OF VICTORIA COUNTY, TEXAS

---

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Silva
### Memorandum Opinion by Chief Justice Contreras

On September 23, 2024, appellant O.F. Jones III attempted to perfect an appeal of an order rendered in the underlying probate proceeding, trial court cause number 2-19071. On October 25, 2024, the Clerk of this Court notified appellant that, upon review of the documents before the Court, it appeared that appellant was attempting to appeal an order which is unappealable. Appellant was informed that, if the defect is not cured within ten days of the date of the notice, the appeal shall be dismissed.

Appellant has failed to respond to the notice from the clerk requiring a response or other action within the time specified. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c). Any pending motions are denied as moot.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
21st day of November, 2024.